TN Department of Commerce & Insurance

RECEIVED

DEC 23 2025

US DISTRICT COURT
MID DIST TENN

December 17, 2025

Lincoln National Life Ins. Co.
2908 Poston Avenue c/o C S C
Nashville, TN 37203
NAIC# 65676

Certified Mail
Return Receipt Requested
70201290000016208-1795

Re. Evan James V. NAIC# 65676

Docket # 325CV01375

To Whom It May Concern:

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served December 15, 2025, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
Davidson County
719 Church Street
Nashville, TN 37203-6940

State of Tennessee, Department of Commerce & Insurance
500 James Robertson Parkway, Service of Process - 10th Floor, Nashville, TN 37243
Service Process@tn gov, 615-532-5260

AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| EVAN JAMES<br>*Plaintiff*<br>v.<br>THE LINCOLN NATIONAL INSURANCE COMPANY<br>*Defendant* | ) ) ) ) ) ) ) | Civil Action No. 3:25-cv-01375 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Lincoln National Life Insurance Company (NAIC CoCode: 65676)
c/o Registered Agent: Tennessee Commissioner of Insurance
Tennessee Department of Commerce and Insurance
500 James Robertson Parkway
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: K. Cody Allison, Esq./Samuel D. Payne, Esq.
Cody Allison & Associates, PLLC
Cavalier Building
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Phone: 615-234-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/26/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

TN Department of Commerce & Insurance
Service of Process
500 James Robertson Parkway
Nashville, TN 37243

FIRST CLASS

US POSTAGE PITNEY BOWES
ZIP 37243 $ 001.03⁰
02 4W
0000390153 DEC 19 2025

RECEIVED
DEC 23 2025
US DISTRICT COURT
MID DIST TENN

Federal District Court Clerk
Fred D. Thompson
U.S. C[torn]ouse and Federal Building
[torn]19 Church Street
N[torn]ville, TN 37203-6940