**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**EVAN JAMES** **PLAINTFF**

**VS.** **CIVIL ACTION NO. 3:25-CV-01375**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** **DEFENDANT**

## NOTICE OF ENTRY OF APPEARANCE OF LOCAL COUNSEL

COMES NOW Andrew W. Coffman of Phelps Dunbar LLP, and respectfully enters his appearance as local counsel for the Defendant, The Lincoln National Life Insurance Company ("***Lincoln National***"). You are requested to provide the undersigned with a copy of all notices, pleadings, correspondence and other matters which relate to this litigation at the address stated below.

DATED this the 30th day of December, 2025.

RESPECTFULLY SUBMITTED,

BY: */s/Andrew W. Coffman*

Andrew W. Coffman (TN BPR#: 027160)
Member of Tennessee Bar
**PHELPS DUNBAR LLP**
105 East Main Street, Suite 201
Tupelo, Mississippi 38804
P. O. Box 1220
Tupelo, Mississippi 38802-1220
Telephone: (662) 842-7907
Telecopier: (662) 842-3873
E-mail: andrew.coffman@phelps.com

ATTORNEY FOR LINCOLN NATIONAL

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date filed the above and foregoing document using the Court's CM/ECF system which will send notification of same to all counsel of record.

THIS, the 30th day of December, 2025.

*/s/Andrew W. Coffman*
Andrew W. Coffman