UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **EVAN JAMES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:25cv01375** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENTRY OF AGREED ORDER TO EXTEND ANSWER DEADLINE**

Defendant, The Lincoln National Life Insurance Company ("Lincoln"), moves this Court for entry of the attached Agreed Order. As ground, the parties agree to the extension of time to file a responsive pleading.

Respectfully submitted this 30th day of December 2025.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Motion for Admission *Pro Hac Vice* Pending)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- AND -

*/s/ Andrew W. Coffman*
Andrew W. Coffman (TN BPR #027160)
**PHELPS DUNBAR LLP**
105 E Main St Ste 201
Post Office Box 1220
Tupelo, MS 38802-1220

PH: 662-842-7907
Fax1: (662) 842-3873
Email: andrew.coffman@Phelps.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 30th day of December 2025, a true and correct copy of the foregoing **MOTION FOR ENTRY OF AGREED ORDER** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

K. Cody Allison
cody@codyallison.com

Samuel D. Payne
sam@codyallison.com

Richard A. House
richard@codyallison.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers