**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **EVAN JAMES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 3:25cv01375** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**AGREED ORDER**

---

Upon agreement of counsel for the respective parties, and as evidenced by their signatures below, Defendant The Lincoln National Life Insurance Company ("Defendant") shall have additional time to file a responsive pleading. Therefore, it is ORDERED that Defendant shall have until Monday, January 19, 2025, to file a responsive pleading in this matter.

Entered this ___ day of ___________ 202_.

BY THE COURT:

______________________________________

**AGREED TO AND APPROVED FOR ENTRY:**

LAW OFFICES OF IWANA
RADEMAEKERS, P.C.

/s/ *Iwana Rademaekers*
Iwana Rademaekers (Texas Bar # 16452560)
(Pro Hac Vice Motion Pending)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*- and -*

*/s/ Andrew W. Coffman*
Andrew W. Coffman TN BPR #027160
**PHELPS DUNBAR LLP**
105 E Main St Ste 201
Post Office Box 1220
Tupelo, MS 38802-1220
PH: 662-842-7907
Fax1: (662) 842-3873
Email: andrew.coffman@Phelps.com

*Attorneys for Defendant*

**- AND -**

CODY ALLISON & ASSOCIATES, PLLC

*/s/ Samuel D. Payne (w/permission)*
K. Cody Allison (BPR No. 20623)
Samuel D. Payne (BPR No. 19211)
Richard A. House (BPR No. 20135)
95 White Bridge Road, Ste. #250
Nashville, TN 37205
Telephone: (615) 234-6000
Facsimile: (615) 727-0175
cody@codyallison.com
sam@codyallison.com
richard@codyallison.com

*Attorneys for Plaintiff*