**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**EVAN JAMES** **PLAINTFF**

**VS.** **CIVIL ACTION NO. 3:25-CV-01375**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** **DEFENDANT**

**NOTICE OF ENTRY OF APPEARANCE OF LOCAL COUNSEL**

COMES NOW Joshua B. Bradley of Phelps Dunbar LLP, and respectfully enters his appearance as local counsel for the Defendant, The Lincoln National Life Insurance Company ("***Lincoln National***"). You are requested to provide the undersigned with a copy of all notices, pleadings, correspondence and other matters which relate to this litigation at the address stated below.

DATED this the 8th day of May, 2026.

RESPECTFULLY SUBMITTED,

BY: */s/Joshua B. Bradley*

Joshua B. Bradley (BPR#: 34900)
**PHELPS DUNBAR LLP**
999 S. Shady Grove Rd., Suite 500
Memphis, TN 38120
Telephone: (901) 259-7100
Telecopier: (901) 259-259-7150
E-mail: josh.bradley@phelps.com

ATTORNEY FOR LINCOLN NATIONAL

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this date filed the above and foregoing document using the Court's CM/ECF system which will send notification of same to all counsel of record.

THIS, the 8th day of May, 2026.

*/s/Joshua B. Bradley*
Joshua B. Bradley