**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**EVAN JAMES** **PLAINTFF**

**VS.** **CIVIL ACTION NO. 3:25-CV-01375**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** **DEFENDANT**

---

## NOTICE OF WITHDRAWAL OF COUNSEL

---

PLEASE TAKE NOTICE that pursuant to Local Rule 83.01(g), Andrew W. Coffman hereby withdraws as local counsel of record for the Defendant, The Lincoln National Life Insurance Company ("Defendant"), as he is no longer associated with the law firm of PHELPS DUNBAR LLP and requests that he be deleted from the roster of recipients of electronic service.

PLEASE TAKE FURTHER NOTICE that Defendant will continue to be represented by local counsel Joshua B. Bradley of the law firm of PHELPS DUNBAR LLP, along with *pro hac vice* counsel Iwana Rademaekers of the LAW OFFICES OF IWANA RADEMAEKERS, P.C.

DATED, this the 14th day of May, 2026.

RESPECTFULLY SUBMITTED,

BY: */s/Andrew W. Coffman*

Andrew W. Coffman (BPR#: 27160)
P.O. Box 143
Tupelo, MS 38802
Telephone: (662) 231-3202
E-mail: acoffman@rcfp.org

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date filed the above and foregoing document using the Court's CM/ECF system which will send notification of same to all counsel of record.

THIS, the 14th day of May, 2026.

*/s/Andrew W. Coffman*
Andrew W. Coffman